IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02857-BNB

MORSE LEE DAVIS,

    Plaintiff,

v.

RONNIE FERGUSON,
ROBERT FERRI,
DANIEL H. MAY, and
COMCOR, INC.,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, Morse Lee Davis, was incarcerated at the Sterling Correctional Facility in Sterling, Colorado, when he initiated the instant action by filing *pro se* a Prisoner Complaint (ECF No. 1). Mr. Davis has been granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (ECF No. 4).

    On November 6, 2013, Magistrate Judge Boyd N. Boland directed Plaintiff to file within thirty days an amended prisoner complaint that complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure as discussed in the order (ECF No. 5). The November 6 order warned Mr. Davis that if he failed to file an amended prisoner complaint as directed within the time allowed, the Prisoner Complaint and the action would be dismissed without further notice.

    On November 18, 2013, the copy of the November 6 order that was mailed to Mr. Davis at his last known address was returned to the Court as undeliverable (ECF No.

6). Mr. Davis has failed, within the time allowed, to comply with the directives of the November 6 order or otherwise to communicate with the Court in any way. Therefore, the Prisoner Complaint and the action will be dismissed without prejudice for Plaintiff's failure to comply with the requirements of Rule 8 of the Federal Rules of Civil Procedure; failure to comply with the November 6 order within the time allowed; and failure to prosecute.

Finally, the Court certifies pursuant to § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis status* will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Mr. Davis files a notice of appeal he must also pay the full $505.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Morse Lee Davis, within the time allowed, to comply with the November 6, 2013 order to file an amended complaint that complied with Rule 8 of the Federal Rules of Civil Procedure, and for his failure to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied. It is

FURTHER ORDERED that no certificate of appealability will issue because Plaintiff has not made a substantial showing of the denial of a constitutional right.

DATED at Denver, Colorado, this  17th  day of   December   , 2013.

BY THE COURT:


  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court